IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
AMY BETTS, individually and on      )
behalf of all other similarly       )
situated,                           )
                                    )
               Plaintiff,           )
                                    )
       v.                           )     1:25CV341
                                    )
STEPHEN BRETT ARMSTRONG, et al.,    )
                                    )
               Defendants.          )
```

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Docket Entry 3) is DENIED AS MOOT.

/s/   Thomas D. Schroeder
United States District Judge

May 19, 2025